UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>LANAHAN & REILLEY, LLP, a California Limited Liability Partnership, ROBERT L. ANDERSON, ESQ., a California Resident, SCOTT L. STEEVER, ESQ., a California Resident, WILLIAM J. FEENEY, ESQ., a California Resident; MICHAEL P. GARCIA, ESQ., a California Resident; KEITH T. ULAND, ESQ., a California Resident; and DOES 1through 75, inclusive,<br><br>               Defendants. | Case No:  C 10-04108 SBA<br><br>**ORDER EXTENDING DEADLINE TO REOPEN** |

Good cause appearing,

IT IS HEREBY ORDERED THAT the deadline to request relief from the conditional dismissal order and to reopen the action is ENLARGED for an additional 30 days from the date this order is filed.  This Order terminates Docket 41.

IT IS SO ORDERED.

Dated:  February 23, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge