Chad B. Wootton, SBN 151188
WOOTTON LAW GROUP LLP
119 ½ N. Larchmont Boulevard, Suite 2
Los Angeles, California 90004
(323) 460-2100 (telephone)
(323) 460-2112 (facsimile)
Email 1: chadwootton@woottonlawgroup.com

Attorneys for Plaintiff
Carolina Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANAHAN & REILLEY, LLP, a California Limited Liability Partnership, ROBERT L. ANDERSON, ESQ., a California Resident, SCOTT L. STEEVER, ESQ., a California Resident, WILLIAM J. FEENEY, ESQ., a California Resident; MICHAEL P. GARCIA, ESQ., a California Resident; KEITH T. ULAND, ESQ., a California Resident; LANAHAN STEEVER & ANDERSON LLP, a California Limited Liability Partnership; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. 4:10-CV-04108-SBA<br>[Judge: Hon. Saundra B. Armstrong]<br><br>**[PROPOSED] ORDER AND JUDGMENT (1) ENTERING JUDGMENT AGAINST LANAHAN & REILLEY LLP AND LANAHAN, STEEVER & ANDERSON LLP; AND (2) DISMISSING INDIVIDUALS NAMED AS DEFENDANTS, WITH PREJUDICE** |

PURSUANT TO THE STIPULATION OF THE PARTIES, THE COURT HEREBY ENTERS THE FOLLOWING ORDER AND JUDGMENT:

1. Judgment is hereby entered by the Court in favor of Carolina Casualty Insurance Company ("CCIC") and against Lanahan & Reilley LLP ("L&R") and Lanahan Steever & Anderson LLP ("LS&A") in the amount of $185,000.

2. The individual attorneys named as defendants in this action (i.e., Scott L. Steever ("Steever"), Robert L. Anderson ("Anderson"), William J. Feeney ("Feeney"), Michael Garcia ("Garcia") and Keith T. Uland ("Uland")) are hereby dismissed from this action with prejudice.

3. All parties in this action will bear their own attorneys' fees and costs relating to or connected with this action.

4. The Court approves of all other terms set forth in the Stipulation filed by the parties concurrently with this [Proposed] Order, and incorporates all of the terms of that Stipulation herein by this reference.

5. All scheduled hearings and other events scheduled in this case are hereby taken off calendar. Upon entry of this Order and Judgment, this action is concluded. (As set forth in the parties' Stipulation, however, CCIC may request that this Court amend the amount of the Judgment against L&R and LS&A if L&R and LS&A fail to make the payments required under the parties' Stipulation and Settlement Agreement.)

**IT IS SO ORDERED AND JUDGMENT IS SO ENTERED.**

DATED: March 27, 2012

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong